IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


JUAN MIGUEL TORRES,

      Petitioner,

v.                                                                    CASE NO. 5:03-cv-00287-MP-EMT

JOSE M VAZQUES,
MONICA WETZEL,

      Respondents.

_____/


## O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of Magistrate

Judge Kornblum, recommending that Petitioner's habeas petition, Doc. 1, be DISMISSED with

prejudice.  The Magistrate Judge filed a Report and Recommendation on Wednesday, March 30,

2005.  The parties have been furnished a copy of the Report and Recommendation and have been

afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section

636(b)(1), this Court must make a *de novo* review of those portions to which an objection has

been made.  Neither party has filed an objection.  Having considered the Report and

Recommendation and lack of objections thereto timely filed, I have determined that the Report

and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated
by reference in this order.

2.      Petitioner's habeas petition, Doc. 1, is DISMISSED with prejudice.


**DONE AND ORDERED** this __*5th*__ day of May, 2005.


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge